

# NUMBER 13-24-00407-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ALICIA GARZA AND
LEROY GARZA,                                                        Appellants,

v.

ISIDRO RAMIRO ARMIJO AND
NICOLE CHRISTINE ARMIJO,                                            Appellees.

## ON APPEAL FROM THE 93RD DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Longoria, Tijerina, and Peña**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on an unopposed amended motion dismiss appeal.

The parties have resolved the dispute and entered into a settlement agreement and now

request the dismissal of this appeal.

The Court, having considered the unopposed amended motion, is of the opinion that the agreed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1), (2). The amended motion dismiss is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
12th day of September, 2024.